UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

25-CR-20193-MIDDLEBROOKS/TORRES
CASE NO. ____________________

FILED BY BM D.C.
Apr 30, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

IN RE SEALED INDICTMENT
______________________________/

**MOTION TO SEAL**

The United States of America, by and through its undersigned Special Assistant United States Attorney, respectfully requests that the Indictment, Arrest Warrant, this Motion, the resulting Order, and any other related documents be SEALED until the arrest of the defendant, or until further order of this Court, except the United States Attorney's Office and any relevant law enforcement agency, which may obtain copies of the Indictment, Arrest Warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reasons that the named defendant may flee, the safety of the arresting officers could be compromised, and the integrity of an ongoing investigation may be compromised should knowledge of this Indictment become public. The undersigned Special Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/ ______________________

Melissa Roca Shaw
Special Assistant United States Attorney
Florida Bar No. 99628
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9340
Melissa.Shaw@usdoj.gov