UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 25-CR-20193-MIDDLEBROOKS/TORRES(SEALED)

UNITED STATES OF AMERICA,

   Plaintiff,

V.

Pedro Hugo Prieto Garcia

   Defendant,

_____/

## ORDER

**THIS CAUSE** came before the Court pursuant to the arrest of the above-named defendant.

Being fully advised in the premises, it is hereby **ORDERED** and **ADJUDGED** that this case is

unsealed.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 2ⁿᵈ day of March

2026.

Marty F. Elfenbein
**UNITED STATES MAGISTRATE JUDGE**